UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lakeem Devines Ellis**　　　　　　　　　　　　　　　　　Docket No. 5:10-CR-300-1D

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lakeem Devines Ellis, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 17, 2011, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lakeem Devines Ellis was released from custody on May 25, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 14, 2016, the defendant was charged with Assault on a Female (16CR58183) in New Hanover County, North Carolina, following an altercation with his wife. He reported that the altercation was instigated by his wife and that he bit her arm in order to stop her from pulling his hair. It is noted that the defendant's wife (then his fiancée) was arrested on August 31, 2016, after she attacked him with a knife. Therefore, given the volatile nature of this relationship, the defendant has been instructed to have no contact with his wife pending resolution of the pending charge. Additionally, to help the defendant improve his decision making ability, it is recommended that he complete a cognitive behavioral program. The defendant signed a Waiver agreeing to the proposed modification of supervision. It is recommended that no further action be taken by the court prior to the disposition of the pending charge.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　/s/ David W. Leake
Robert L. Thornton　　　　　　　　　　　　David W. Leake
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　2 Princess Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-3958
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2045
　　　　　　　　　　　　　　　　　　　　　　Executed On: November 3, 2016

Lakeem Devines Ellis
Docket No. 5:10-CR-300-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____9____ day of __November__, 2016, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Judge