UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lakeem Devines Ellis**                                 **Docket No. 5:10-CR-300-1D**

### Petition for Action on Supervised Release

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lakeem Devines Ellis, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 17, 2011, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lakeem Devines Ellis was released from custody on May 25, 2016, at which time the term of supervised release commenced.

On November 9, 2016, in response to pending charges stemming from the defendant's poor relationship choices, the court approved a recommendation for the defendant to participate in a cognitive behavioral program that would enable him to improve his decision making ability.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the last petition was approved by the court, the defendant's pending charges were dismissed and he has demonstrated improved decision making. As a result of his improved thinking, the defendant has earned his Commercial Driver's License, secured stable employment, and is able to articulate how his improved thinking has enabled him to remain both drug and crime free. As such, it is recommended that the requirement for him to participate in a cognitive behavioral program be waived.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The requirement for the defendant to participate in a cognitive behavioral program is waived.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                               I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                                  /s/ David W. Leake
Robert L. Thornton                                       David W. Leake
Supervising U.S. Probation Officer                U.S. Probation Officer
                                                             2 Princess Street, Suite 308
                                                             Wilmington, NC 28401-3958
                                                             Phone: 910-679-2045
                                                             Executed On: September 26, 2017

## ORDER OF THE COURT

Considered and ordered this __29__ day of __September__, 2017, and ordered filed and made a part of the records in the above case.

__/s/ Dever__
James C. Dever III
Chief U.S. District Judge